# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Thomas Keenan
                           Plaintiff,

v.                                             Case No.: 1:17−cv−00231
                                                      Honorable Sharon Johnson Coleman

Ryder Truck Rental, Inc., et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2017:

    MINUTE entry before the Honorable Sharon Johnson Coleman: There being no objection, plaintiff's motion to remand [8] is granted. This case shall be remanded, forthwith, to the Circuit Court of Cook County, Illinois. Status hearing set to 1/30/2017 is hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ JACQULINE HOLLIMON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
January 30, 2017